Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@hunton.com
Jason J. Kim (State Bar No. 221476)
kimj@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN SWANEY, an individual; JOSEPH SARASUA, an individual; on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC.; a Washington corporation, and DOES 2-50, inclusive<br><br>　　　　Defendants. | Case No.: 11-CV-1151-MCE (GGH)<br><br>**STIPULATION TO TRANSFER VENUE; ORDER THEREON** |

[PROPOSED] ORDER

# **ORDER**

The Court has reviewed the parties' Stipulation to Transfer Venue, as well as the accompanying Declaration of Gene J. Stonebarger.

Good cause is hereby shown, and, in the interest of judicial economy and convenience, it is hereby ordered that *Swaney et al. v. Lowe's HIW, Inc.*, Case No. 11-CV-1151-MCE (GGH), be transferred to the United States District Court for the Northern District of California.

Date:  June 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627